AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The human body of Craishon Ramon Russell, dob 5/18/1989, ssn 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, currently residing in the Franklin County Jail, 370 S. Front St. Columbus, OH | Case No. 2:20-mj-30 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The human body of Craishon Ramon Russell, dob 5/18/1989, ssn 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, currently residing in the Franklin County Jail, 370 S. Front St. Columbus, OH

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

Oral buccal swabs to obtain Russell's DNA

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Unlawful Possession of a Firearm |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

ATF Task Force Officer Brian V. Boesch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-14-20

*Judge's signature*

City and state: Columbus, OH        Magistrate Judge Chelsey M. Vascura
*Printed name and title*

Page 1

I, Brian V. Boesch, a Task Force Officer with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, hereinafter the affiant, being duly sworn, states:

1. On June 6, 2019 at approximately 11:04 am, Columbus Division of Police (CPD) Officer Matt Liford was flagged down by Ta-Nijah Harrison who told Officer Liford a male named Shawn was in a black SUV waving a gun around. Ms. Harrison pointed to the SUV which was exiting Seemic Circle onto Mt. Vernon Avenue. Officer Liford turned his cruiser around; as he did the black SUV pulled into Wespot Drive and immediately parked. Two male blacks got out of the SUV right away. Officer Liford ordered them both to the ground at gunpoint. The front seat passenger complied and the driver ran on foot northbound through the complex.

2. Officer Liford handcuffed the passenger without incident. Multiple other officers arrived on scene to assist. Officer Liford spoke with the passenger, who stated he had never been arrested before and just moved here from Tulsa Oklahoma. Officer Liford attempted to verify the passenger identification with no luck. CPD Officers Carrie Arauco #647 and Tony Richardson #1435 conducted a sweep of the vehicle. Officer Arauco opened the glove box on the passenger side of the vehicle and a Taurus 9mm handgun fell out onto the floor. The gun is a Taurus model PT111 G2A 9mm handgun, serial number TL083057 and was loaded with an extended magazine that contained twenty rounds of live ammunition. Swabs of cellular material that contain DNA were later collected from the gun and preserved for future comparison.

3. CPD Officer Tom Hunter was searching the area for the suspect that fled on foot when he was flagged down again by Ms. Harrison who told him a male named Shawn was in a black truck waving a gun around. Ms. Harrison described Shawn as a Male/ Black bald, matching the description of the passenger, who was later identified as Craishon Ramon RUSSELL.

4. RUSSELL was transported to Columbus Police Headquarters to be interviewed by Detective Earl Westfall, #2321. Detective Westfall advised RUSSELL of his rights and RUSSELL agreed to answer questions. Initially, RUSSELL stated he did not know anything about the gun in the car. However, after further questioning, RUSSELL became agitated and told Detective Westfall that he wasn't worried about a gun case and that the gun was in fact his. He also admitted that he knew he was a fugitive for a State of Ohio Felonious Assault warrant against him. He was then transported to the Franklin County Jail.

Page 2

5. On August 15, 2010, RUSSELL was charged with one State of Ohio count of Aggravated Robbery, a felony of the 1st degree that carries a maximum penalty of 10 years in prison. On February 28, 2011, RUSSELL pled guilty to Robbery, a felony of the 2nd degree and was sentenced to four (4) years in state prison. This was adjudicated under Franklin County Common Pleas Court case number 10CR004985.

6. Additionally, RUSSELL admitted being a fugitive from justice due to arrest warrants issued for him for Aggravated Robbery and Felonious Assault. The Franklin County Municipal Court Case for the warrants was 2019CRA9716, which ended up being indicted after his arrest.

7. The driver of the vehicle fled and was never arrested. RUSSELL initially gave false information regarding his identity. Your affiant, therefore, respectfully requests this warrant to swab the mouth of Craishon Ramon RUSSELL to obtain buccal cells of DNA to compare to the DNA recovered from the handgun recovered in the vehicle in which RUSSELL was a passenger.

8. Your affiant also requests the court's permission to use a reasonable amount of force to execute the warrant should RUSSELL refuse to allow the oral swabs.

_____
Signature of Complainant
Task Force Officer Brian V. Boesch

Sworn to before me and subscribed in my presence,

Jan 14, 2020, at Columbus, OH

_____
Chelsey M. Vascura
United States Magistrate Judge, Southern District of Ohio